# First District Court of Appeal
## State of Florida

_____

No. 1D2025-0459
_____

Luis Marte Estevez,

Appellant,

v.

State of Florida,

Appellee.

_____


On appeal from the County Court for Leon County.
Stefanie M. Newlin, Judge.

April 2, 2026


Per Curiam.

Affirmed.

Bilbrey, Nordby, and Treadwell, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Kasey Lacey, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Kristie Regan, Assistant Attorney General, Tallahassee, for Appellee.